

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Megan Driscoll LLC dba EvolveMKD** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081399R | $10,755.00 | 12/12/2019 | 2247 | 10/11/2019 | $10,755.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081310 | $25,876.17 | 12/5/2019 | 2229 | 10/1/2019 | $25,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081310 | $25,876.17 | 12/5/2019 | 2206 | 9/18/2019 | $876.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081024 | $15,000.00 | 11/14/2019 | 2181 | 9/9/2019 | $15,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080880 | $26,130.00 | 11/7/2019 | 2182 | 9/2/2019 | $26,130.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080731 | $1,392.09 | 10/24/2019 | 2152 | 8/19/2019 | $1,392.09 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080529 | $32,260.00 | 10/10/2019 | 2133 | 8/1/2019 | $32,260.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080393 | $25,000.00 | 10/1/2019 | 2243 | 10/1/2019 | $25,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080343 | $479.40 | 9/26/2019 | 2103 | 7/22/2019 | $479.40 |

**Totals:** **8 transfer(s),** **$136,892.66**

Megan Driscoll LLC dba EvolveMKD (2266351)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1